1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DAVID NEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-10-158 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DAVID NEAL, | ) |
| Defendant. | ) |

This case is currently scheduled for a status hearing on July 23, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 23, 2010, be continued until September 3, 2010.  In addition, the parties stipulate that the time period from July 23, 2010, to September 3, 2010,  be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

1  A proposed order is attached and lodged separately for the court's convenience.

3  DATED:July 20, 2010

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Lexi Negin for*  */s/ Lexi Negin*
MICHELLE A. PRINCE   LEXI NEGIN
Assistant U.S. Attorney   Assistant Federal Defender
Attorney for United States   Attorney for David Neal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-10-158 GEB |
| Plaintiff, | |
| v. | PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DAVID NEAL, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on July 20, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for July 23, 2010, be vacated and that the case be set for **Friday, September 3, 2010, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 20, 2010 stipulation, the time under the Speedy Trial Act is excluded from July 23, 2010, through September 3, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: July 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2