BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00158-GEB |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| DAVID NEAL, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the entry of plea and stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant David Neal it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant David Neal's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a) Barracuda 7200 1-TB, tower computer hard drive, serial number ST31000333AS;

      b) Dell XPS laptop, hard drive Momentus 7200, 320GB, black, serial number STJ0BYGQ; and

      c) Dell Inspiron laptop, with Seagate Momentus 7200

1   hard drive, 250GB, serial number 5TH0EAZ3, and
2   Fujitsu hard drive, model MH22250BH, serial number K6RT89260R.

3   2.   The above-listed property constitutes property
4   containing visual depictions produced, transported, mailed,
5   shipped or received in violation of 18 U.S.C. § 2252(a)(4)(B); or
6   was used or intended to be used to commit or to promote the
7   commission of the aforementioned violation.

8   3.   Pursuant to Rule 32.2(b), the Attorney General (or a
9   designee) shall be authorized to seize the above-listed property.
10  The aforementioned property shall be seized and held by the U. S.
11  Marshals Service, in its secure custody and control.

12  4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
13  U.S.C. § 853(n), and Local Rule 171, the United States shall
14  publish notice of the order of forfeiture.  Notice of this Order
15  and notice of the Attorney General's (or a designee's) intent to
16  dispose of the property in such manner as the Attorney General
17  may direct shall be posted for at least 30 consecutive days on
18  the official internet government forfeiture site
19  www.forfeiture.gov.  The United States may also, to the extent
20  practicable, provide direct written notice to any person known to
21  have alleged an interest in the property that is the subject of
22  the order of forfeiture as a substitute for published notice as
23  to those persons so notified.

24       b.   This notice shall state that any person, other than
25  the defendant, asserting a legal interest in the above-listed
26  property, must file a petition with the Court within sixty (60)
27  days from the first day of publication of the Notice of
28  Forfeiture posted on the official government forfeiture site, or

within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

Dated:  January 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge