DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID NEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID NEAL,<br><br>    Defendant. | No. CR-S-10-158 GEB<br><br>ORDER TO SEAL MEMORANDUM IN AID OF SENTENCING<br><br>Date:  April 1, 2011<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY ORDERED that the Request to Seal be granted and that the documents be filed under seal, permitting Assistant United States Attorney Michelle Prince and Probation Officer Brenda Barron-Harrell access to these documents unless otherwise ordered by this Court at a later time.

Dated:   March 29, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge