1 BENJAMIN B. WAGNER
United States Attorney
2 MICHELLE A. PRINCE
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone:  (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )      2:10-CR-00158-GEB
                               )
12           Plaintiff,         )      FINAL ORDER OF FORFEITURE
                               )
13      v.                      )
                               )
14 DAVID NEAL,                   )
                               )
15           Defendant.         )
   _____ )

16

17      WHEREAS, on or about January 13, 2011, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. § 2253, based upon the Stipulation and Application for

20 Preliminary Order of Forfeiture entered into between plaintiff

21 and defendant David Neal forfeiting to the United States the

22 following property:

23           a)   Barracuda 7200 1-TB, tower computer hard drive,
                  serial number ST31000333AS;
24
             b)   Dell XPS laptop, hard drive Momentus 7200, 320GB,
25                black, serial number STJ0BYGQ; and

26           c)   Dell Inspiron laptop, with Seagate Momentus 7200
                  hard drive, 250GB, serial number 5TH0EAZ3, and
27                Fujitsu hard drive, model MH22250BH, serial number
                  K6RT89260R.
28

                          1            Final Order of Forfeiture

1    AND WHEREAS, beginning on January 23, 2011, for at least 30

2 consecutive days, the United States published notice of the

3 Court's Order of Forfeiture on the official internet government

4 forfeiture site www.forfeiture.gov.  Said published notice

5 advised all third parties of their right to petition the Court

6 within sixty (60) days from the first day of publication of the

7 notice for a hearing to adjudicate the validity of their alleged

8 legal interest in the forfeited property;

9    AND WHEREAS, the Court has been advised that no third party

10 has filed a claim to the subject property, and the time for any

11 person or entity to file a claim has expired.

12    Accordingly, it is hereby ORDERED and ADJUDGED:

13    1.  A Final Order of Forfeiture shall be entered forfeiting

14 to the United States of America all right, title, and interest in

15 the above-listed property pursuant to 18 U.S.C. § 2253, to be

16 disposed of according to law, including all right, title, and

17 interest of David Neal.

18    2.  All right, title, and interest in the above-listed

19 property shall vest solely in the name of the United States of

20 America.

21    3.  The U.S. Marshals Service shall maintain custody of and

22 control over the subject property until it is disposed of

23 according to law.

24 Dated:  April 25, 2011

25

26 _____
   GARLAND E. BURRELL, JR.

27 United States District Judge

28

2                    Final Order of Forfeiture