1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                      No. CR S-10-0158 GEB DAD P

    vs.

DAVID NEAL,

        Movant.                         ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The court requires all § 2255 motions to be signed and filed on the proper form which is provided by this court. Moreover, the court may limit its review of the motion for relief to the information reflected on the form only and need not consider any memoranda or attachments to the motion. See Rule 2, Rules Governing § 2255 Proceedings; Local Rule 190.

        Movant is hereby notified that in order for this court to review his application for relief under 28 U.S.C. § 2255, he must refile his motion on the proper form and sign it under penalty of perjury. Furthermore, although movant may submit a separate memorandum to support his motion for relief, the court's form must contain all relevant claims, and must provide the court with all necessary information.

Also pending before the court is movant's motion for appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of service of this order, petitioner shall file an amended motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255;

2. Any amended motion must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Motion";

3. Movant's motion for appointment of counsel (Doc. No. 33) is denied; and

4. The Clerk of the Court is directed to send petitioner the form for filing a § 2255 motion.

DATED: January 4, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
neal0158.215