1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Respondent,                    No. CR S-10-0158 GEB DAD P

12      vs.

13   DAVID NEAL,

14          Movant.                        ORDER

15   _____/

16          Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside,

17   or correct his sentence pursuant to 28 U.S.C. § 2255.  On January 5, 2012, the undersigned

18   ordered movant to file an amended motion to vacate, set aside, or correct sentence because all

19   § 2255 motions must be signed and filed on the proper form.  The undersigned also denied

20   movant's motion for appointment of counsel.  Movant has since filed a "motion for

21   reconsideration" in which he seeks an extension of time to file his amended motion and requests

22   appointment of counsel once more.

23          Good cause appearing, the court will grant movant's request for an extension of

24   time to file an amended motion.  However, as the court previously advised movant, there

25   currently exists no absolute right to appointment of counsel in § 2255 proceedings.  See, e.g.,

26   Irwin v. United States, 414 F.2d 606 (9th Cir. 1969).  However, 18 U.S.C. § 3006A authorizes

1

1   the appointment of counsel at any stage of the case "if the interests of justice so require."  See

2   Rule 8(c), Rules Governing Section 2255 Proceedings.  In the present case, the court does not

3   find that the interests of justice would be served by the appointment of counsel at this time.

4         Accordingly, IT IS HEREBY ORDERED that movant's "motion for

5   reconsideration" (Doc. No. 36) is granted in part and denied in part as follows:

6         1.  Movant's request for an extension of time is granted;

7         2.  Within thirty days of the date of service of this order, movant shall file an

8   amended motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255;

9         3.  Any amended motion must be filed on the form employed by this court and

10  must state all claims and prayers for relief on the form.  It must bear the case number assigned to

11  this action and must bear the title "Amended Motion"; and

12        4.  Movant's renewed motion for appointment of counsel is denied.

13  DATED: February 1, 2012.

14

15

16  DAD:9
    neal0158.236amd

                DALE A. DROZD
                UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26