IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                  No. 2:10-cr-0158 GEB DAD P

    vs.

DAVID NEAL,

    Movant.                   <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  By order filed March 7, 2012, respondent was ordered to file, within sixty days, a response to movant's amended § 2255 motion.  Respondent has not yet filed a response to the motion.

        Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondent shall file and serve a response to petitioner's amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and shall show cause in

/////

/////

/////

/////

1

1  writing why sanctions should not be imposed for the failure to file that response in a timely
2  fashion.
3  DATED: June 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9
   neal0158.osc