IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. 2:10-cr-0158 GEB DAD P

    vs.

DAVID NEAL,

    Movant.                         ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a second amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Pending before the court is movant's motion for reconsideration and respondent's motion for an extension of time to file a response to movant's § 2255 motion.

        In his motion for reconsideration, movant asks the court to rescind its February 26, 2013, order[1] and allow for his immediate release. He contends that he is innocent, and the government has failed to comply with the court's orders on several occasions. For the reasons stated in the February 26, 2013 order, the court will again deny movant's motion for

---

[1] In that order the undersigned directed respondent to file an answer and denied movant's motions to compel, for reconsideration and for default judgment and the imposition of sanctions. (Doc. No. 74.)

1

reconsideration. In doing so, the court notes that, contrary to movant's claim, respondent has not failed to comply with any of the court's prior orders.

Respondent has also filed a motion for an extension of time to file a response to movant's § 2255 motion. Good cause appearing, the court will grant respondent's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for reconsideration (Doc. No. 77) is denied;

2. Respondent's motion for an extension of time (Doc. No. 78) is granted; and

3. Respondent shall file a response to movant's second amended motion to vacate, set aside, or correct his sentence on or before May 28, 2013.

DATED: March 26, 2013.

DAD:9
neal0158.111rp(2)

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE