FILED

FEB 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: DAVID NEAL. | No. 15-73534 |
| DAVID NEAL,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO,<br><br>Respondent,<br><br>UNITED STATES OF AMERICA,<br><br>Real Party in Interest. | D.C. No. 2:10-cr-00158-GEB-KJN-1<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: GRABER, RAWLINSON, and FRIEDLAND, Circuit Judges.

Petitioner's November 30, 2015 request to temporarily transfer this petition for writ of mandamus to the magistrate judge is denied.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

DA/Pro Se

A review of the district court docket indicates that on February 3, 2016, the magistrate judge issued finding and recommendations on petitioner's motion to dismiss the motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

All other pending motions are denied as moot.

**DENIED**.