UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-cr-0158 GEB KJN P (TEMP) |
|---|---|
| Respondent, | |
| v. | ORDER |
| DAVID A. NEAL, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 03, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 03, 2016, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 87) is granted;

1

3.  Movant's motions for default judgment (ECF No. 82) and to dismiss the indictment (ECF No. 84) are denied;

4.  The Clerk of Court is directed to close the companion civil case, No. 2:11-cv-3132 GEB KJN P (TEMP); and

5.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: February 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge