UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>DAVID A. NEAL,<br><br>    Movant. | No. 2:10-cr-0158 GEB KJN P<br><br><br><br>ORDER |

    Movant is a federal prisoner, proceeding without counsel, with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On October 29, 2010, movant pled guilty to one count of possession of one or more matters containing visual depictions of minors engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(4)B). On April 1, 2011, movant was sentenced to a term of eighty-four months imprisonment, a supervised release term of life and a $100 special assessment.

    On March 1, 2016, the court granted respondent's motion to dismiss the § 2255 motion. (ECF No. 121).

    On August 5, 2016, movant filed a motion requesting that counsel, Shari Rusk, address further issues. (ECF No. 122.) Movant requests that counsel modify the conditions of supervision, address violations at judgment and sentencing, etc. (Id.) Movant requests that the court notify attorney Rusk of his case. (Id.)

1

As no motions are pending, there are no grounds to appoint counsel on movant's behalf. Movant may contact attorney Rusk on his own.

Accordingly, IT IS HEREBY ORDERED that movant's motion for further counsel (ECF No. 122) is denied.

Dated:  August 12, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

neal0158.158