PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID A. NEAL,<br><br>　　　　　　　Defendant. | CASE NO.  2:10-CR-158 GEB<br><br>**STIPULATION AND PROPOSED ORDER RESETTING MOTION HEARING DATE** |

On December 25, 2016, Neal filed a motion to modify his conditions of release. ECF No. 124. The government needs additional time to consult with the defendant's probation officer, as well as additional time to retrieve the defendant's case file.  Therefore, the parties stipulate to reset the motion hearing to January 27, 2017 at 9am.

| | |
|---|---|
| Dated:   December 27, 2016 | Respectfully submitted,<br>PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ Audrey B. Hemesath<br>AUDREY B. HEMESATH<br>Assistant U.S. Attorney |
| | /s/ Shari Rusk<br>SHARI RUSK<br>Attorney for the Defendant |

Proposed Order

It is so ordered.

Dated:  January 3, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1