**Law Offices of Shari Rusk (170313)**
PO Box 188945
Sacramento, CA 95818
Telephone: (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant**
**DAVID NEAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:10-cr—00158-GEB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| **DAVID NEAL,** | |
| Defendant | |

   The defendant, David Neal, through undersigned counsel, and the United States, through Assistant United States Attorney, Audrey Hemesath hereby stipulate and agree that the modified conditions of supervised release satisfy all parties and therefore that this matter may be taken off the Court's February 24, 2017 calendar, as no further action is needed. The defendant signed a Waiver of Hearing to Modify Conditions of Supervised Release and agreed to the conditions in the attached modification, dated January 27, 2017.

DATE:  January 29, 2017                            Respectfully Submitted,

**STIPULATION AND ORDER**
1

        /s/Shari Rusk
        SHARI RUSK
        Attorney for Defendant
        **David Neal**

**Dated:**        /s/ Audrey Hemesath
        Audrey Hemesath
        Assistant United States Attorney

## **ORDER**

It is so ordered that the modified conditions of supervised release attached are adopted by this Court.

Dated: February 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge