UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-cr-00158-GEB |
|---|---|
| Plaintiff, | |
| v. | **CLARIFICATION OF DOCKET TEXT** |
| DAVID NEAL, | **#27** |
| Defendant. | |

"SEALED EVENT" Docket Text number 27 is clarified as follows: Defendant's "MEMORANDUM IN AID OF SENTENCING" in which Defendant seeks a 60 month sentence followed by a lengthy term of supervised release.

Dated: April 7, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1