PHILLIP A. TALBERT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID NEAL,<br><br>Defendant. | CASE NO. 2:10-CR-0158-KJM<br><br>STIPULATION REGARDING MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE; FINDINGS AND ORDER<br><br>DATE: August 14, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status / motion hearing on August 14, 2023.

2. By this stipulation, the defendant and the government jointly move to dismiss the petition to modify the conditions of supervised release and to vacate the hearing scheduled for August 14, 2023, for these reasons:

    a) On March 29, 2023, Mr. Neal's probation officer filed a petition to modify the conditions of his supervised release. (ECF 154). Mr. Neal objected to the change of conditions.

    b) On March 31, 2023, this court set a hearing on the matter. Mr. Neal filed a motion in opposition to the modification of the condition, citing health concerns c polygraph testing. (ECF 157). Shortly before the hearing, Mr. Neal also filed an exhibit from a doctor,

stating that his provider had medical concerns about imposing a term of polygraph testing on Mr. Neal. (ECF 159).

   c) At an April 18, 2023 hearing on the proposed modification, Mr. Neal's probation officer requested leave to speak with Mr. Neal's provider about the medical concerns.  Through counsel, Mr. Neal agreed to waive any health-related privacy rights to allow the probation officer to consult with his provider.  The hearing was continued to allow the probation officer time to consult.  The matter was set to be heard Monday, August 14, 2023.

   d) At this time, the probation officer has concluded that the proposed modification to add polygraph testing as a condition of Mr. Neal's supervised release could have detrimental medical impact and is no longer seeking the modification.  The United States defers to the probation officer's assessment and supports withdrawal of the petition to modify the condition.

IT IS SO STIPULATED.

Dated:  August 9, 2023        PHILLIP A. TALBERT
                 United States Attorney

                 /s/ JESSICA DELANEY
                 JESSICA DELANEY
                 Assistant United States Attorney

Dated:  August 9, 2023        /s/ SHARI RUSK
                 SHARI RUSK
                 Counsel for Defendant
                 DAVID NEAL

## ORDER

IT IS SO FOUND AND ORDERED.  The petition to modify the conditions of supervised release is DISMISSED and the hearing scheduled for August 14, 2023, is VACATED.

DATED:  August 10, 2023.

                 CHIEF UNITED STATES DISTRICT JUDGE